# UNITED STATES DISTRICT COURT
for the

District of _____

Division

RECEIVED
in Clerk's Office
SEP 16 2022
U.S. District Court
Middle District of TN

Case No. **03-22 0723**

_(to be filled in by the Clerk's Office)_

Plaintiff(s): AUREUS JONES

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Sherriff Dept - DCSO

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Aureus Jones
   All other names by which you have been known:
   ID Number: 319916
   Current Institution: DCSO-DDC
   Address: 448 2nd Ave N
   Nashville, TN 37201
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Shemssulldin, Nojdar
   Job or Title (if known): C/O
   Shield Number:
   Employer: Sherriff Dept
   Address: 5113 Harding Pl
   Nashville, TN 37211
   City / State / Zip Code
   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: Butler
   Job or Title (if known): Lt
   Shield Number:
   Employer: Sherriff Dept
   Address: 5113 Harding Pl
   Nashville, TN 37211
   City / State / Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
  Name: Barry Kidd
  Job or Title (if known): Grievance Chairman
  Shield Number:
  Employer: DCSO
  Address: 448 2nd Ave N
  Nashville, TN 37201
  City / State / Zip Code
  ☐ Individual capacity  ☒ Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Shield Number:
  Employer:
  Address:
  City / State / Zip Code
  ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

1 I/m Aureus Jones was detained @ DCSO/CDM

C. What date and approximate time did the events giving rise to your claim(s) occur?

11/6/21 @ 17:26

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On the time and date above officer N. Shemssulldin use unproper use of force and spray to escort me out the pod.. The entire low side seen and heard what happened which I do not know all their exact names. It should have footage to it

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The injuries where minor cut and bruises treated overnight by nurse.. far as the "extreme amount of pepper spray" It causing me to be temporiary blind & see black dots throw out the day.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am asking for $100,000-$250,000 for eye site damange for the excessive amont of spray use during the restrant....

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_I was sent to DDC - 4th floor for Confinement_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Unlawful use of force_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   @ the jail I was held for confinement

2. What did you claim in your grievance?

   I claim that the officer used unlawful use of force

3. What was the result, if any?

   Barry Kidd over-ruled it and said it was proper use of force according to my records & matter of incident

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _N/A_

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _N/A_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _On the grievance taking forever to get answer they told me to fill it out on the tablet we hardly get on max in segergation_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____ N/A _____
   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____ N/A _____

3. Docket or index number
   _____ N/A _____

4. Name of Judge assigned to your case
   _____ N/A _____

5. Approximate date of filing lawsuit
   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____ N/A _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-22

Signature of Plaintiff: *[signed] Jones*
Printed Name of Plaintiff: Aurius Jones
Prison Identification #: 319916
Prison Address: DDC - 448 2nd Ave N
Nashville, TN 37201

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
         City    State    Zip Code
Telephone Number
E-mail Address

# DCSO JMS
# Incident No. 387576

| | |
|---|---|
| Incident Id: 387576 Case Number: | Incident Date/Time: 11/06/2021 17:00 |
| Incident Type: Inmate Assault on Officer (IAO) | |
| Incident Location: CDM - 1D1 | Use Of Force: ● Yes  ○ No |
| Staff Preparing Report: SHEMSSULLDIN, NOJDAR | Report Date/Time: 11/06/2021 17:26 |
| Supervisor Notified: LT BUTLER | Date/Time Notified: 11/06/2021 17:26 |
| Investigative Staff Notified: OFC HODGES | Date/Time Notified: 11/06/2021 18:30 |

**Incident Details**

On the above date and approximate time, I Officer N. Shemssulldin was working my assigned post as CDM Delta Pod Officer. While conducting my round in D-1 I was about the exit the dorm area, when I heard Inmate Jones, Aureus (Oca#319916) say "the CO is about to leave I'll see you in the bathroom" towards an inmate who was standing by bunks 1 and 2, meaning that they were about to fight as soon as I left the unit. I walked towards inmate Jones and gave him the directive to exit the unit. Inmate Jones refused starting to argue with me about not moving. I gave him another directive to exit the unit for the comment and threat he made in which he refused again. I told inmate Jones one last time to exit the pod pointing towards the way out and he continued to refuse. Inmate Jones began clinching his fists and tensing up so I reached for my spray and pulled it out to give a short burst of Freeze +p Inmate Jones turned and began to swing on me. I lifted my arm blocking the punches then tried to take upper body control, while he was trying to get ahold of my upper body as well. As that has happening my radio unclipped from me and I was

**Note:** Incident Report tab contains the same data for all inmates involved in the incident. Use 'Actions..New Report' if more than one officer witnessed the incident and another report needs to be entered.

NAME Aureus Jones
OCA 319916
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383



NASHVILLE TN 370
13 SEP 2022 PM 7 L

RECEIVED
in Clerk's Office
SEP 16 2022
U.S. District Court
Middle District of TN

Federal Court Clerk
801 BROADWAY # 800
NASHVILLE TN 37203

37203-386900

Env. 1

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT